# Natanael Santos

P.O. Box 1664
Kingshill, VI 00851
Cell: 340.474.1624    Home: 340.719.5205

**DATE:** 05/04/11
**INVOICE #** 1

**Bill To:**
The DeWood Law Firm
2006 Eastern Suburb, Suite 101
Christiansted, VI 00820

| Case No. | Case Name | Document Served | AMOUNT |
|---|---|---|---|
| 10-CV-126 | K.G. Cameron, Esq., and K.G. Cameron, P.C., v Lee J. Rohn, Esq., Lee J. Rohn, P.C., etc. | | |
| | Served Lee J. Rohn, Esq., for the Law Offices of Rohn and Cameron, LLC (Expedite Services) | Summons & Complaint | $75.00 |
| | Served Lee J. Rohn, Esq., for ABC Trust (Expedite Services) | Summons & Complaint | $75.00 |
| | Served Lee J. Rohn, Esq., individually (Expedite Services) | Summons & Complaint | $75.00 |
| | Served Lee J. Rohn, Esq., for NLR Cotton Valley Trust (Expedite Services) | Summons & Complaint | $75.00 |
| | Served Lee J. Rohn, Esq., for the Law Offices of Rohn and Carpenter, LLC (Expedite Services) | Summons & Complaint | $75.00 |
| | Served Lee J. Rohn, Esq., for the Law Office of Lee J. Rohn, LLC (Expedite Services) | Summons & Complaint | $75.00 |
| | Served Lee J. Rohn, Esq. for Lee J.Rohn, P.C. (Expedite Services) | Summons & Complaint | $75.00 |
| | | **TOTAL** | $ 525.00 |

Make all checks payable to Natanael Santos
If you have any questions concerning this invoice, contact Natanael Santos at 340-474-1624.

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT C